AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION <br><br> Plaintiff(s), <br> v. <br><br> CHRISTINE MILANO individually and as surviving spouse of John Milano, JAMES KIM MILANO, CHRISTIAN MARK MILANO, CLERK OF THE SUFFOLK COUNTY TRAFFIC & PARKING VIOLATIONS AGENCY, CLERK OF THE SUFFOLK COUNTY DISTRICT COURT <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-2356 (JMA)(AYS) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)   SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gross Polowy, LLC
    900 Merchants Concourse, Suite 201
    Westbury, New York 11590-5114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
CLERK OF COURT

Date: 4/24/2019

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

Summons Rider
Civil Action No. 19-cv-2356
FREEDOM MORTGAGE CORPORATION v. CHRISTINE MILANO, et al.
x--------------------------------------------------------------------------------------------------------------x

To:

Christine Milano
43 Linda Lane
North Babylon, NY 11703

James Kim Milano
43 Linda Lane
North Babylon, NY 11703

Christian Mark Milano
43 Linda Lane
North Babylon, NY 11703

Clerk of the Suffolk County Traffic & Parking Violations Agency
100 Veterans Memorial Hwy
Hauppauge, NY 11788

Clerk of the Suffolk County District Court
400 Carleton Ave
Central Islip, NY 11722